✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Jersey

| | |
|---|---|
| TERRI CRAWFORD | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| ALLERGAN, INC., et al. | CASE NUMBER: 2:21-cv-14102-BRM-ESK |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Terri Crawford__ substitutes
(Party (s) Name)

__Dena Young__, State Bar No. __033022010__ as counsel of record in
(Name of New Attorney)

place of __Michael Scott Katz__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Berger Montague PC

    Address:     18181 Market Street, Suite 3600, Philadelphia, PA 19103

    Telephone:     (215) 875-3000     Facsimile

    E-Mail (Optional):     dyoung@bm.net

I consent to the above substitution.

Date:     11/5/2021

Terri Crawford
s/*Dena R. Young,* attorney for Plaintiff
(Signature of Party (s))

I consent to being substituted.

Date:     11/5/2021

Michael S. Katz
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     11/5/2021

s/*Dena R. Young*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**